IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19cr312-01 |
| Plaintiff, | ) | Hon. John R. Adams |
| -vs- | ) | **MOTION TO ALLOW ACCESS TO SEALED DOCUMENTS** |
| JEREMY L. CRUZ, | ) | |
| | | Jeffrey P. Nunnari (0059691) |
| Defendant. | ) | 3349 Executive Parkway |
| | | Suite D |
| | ) | Toledo, Ohio 43606 |
| | | Telephone: (419) 578-9246 |
| | ) | Facsimile: (419) 843-7544 |
| | | E-mail: jp59691@yahoo.com |
| | ) | www.jeffreynunnarilaw.com |
| | ) | Counsel for Defendant/Appellant |

Now comes Jeremy L. Cruz, by and through appointed appellate counsel under the Criminal Justice Act, who hereby moves the court for an order releasing to the undersigned the following sealed documents: Doc. Nos. 26 and 27.

Counsel certifies that he was not counsel of record in the trial court proceedings, that he has no current knowledge of the contents of said documents, and that a diligent and thorough

review of same is necessary in order for counsel to discharge his duties to Mr. Cruz, as the documents may be relevant to the preparation and disposition of the appeal taken in this cause docketed under case No. 19-4160 in the court of appeals.

Respectfully submitted,

/s/ *Jeffrey P. Nunnari*
Jeffrey P. Nunnari
Counsel for Defendant/Appellant

## CERTIFICATION

    This is to certify that a copy of the foregoing will be made available to all counsel of record in this cause by way of the court's ECF system on the date that it is filed.

/s/ *Jeffrey P. Nunnari*
Jeffrey P. Nunnari
